724

and *Thomas P. Whitaker* for petitioner. *J. Tom Watson,* Attorney General of Florida, for respondent.

No. 130. ABDALLAH *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel Rubinton* for petitioner. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 131. NORRISTOWN HERALD, INC. *v.* BAUSEWINE. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. John J. O'Connor* for petitioner. *Mr. Joseph Knox Fornance* for respondent.

No. 133. CURTIS *v.* UTAH FUEL Co. ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Petitioner *pro se. Mr. H. Brua Campbell* for respondents.

No. 134. O'KELLEY *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Henry Lincoln Johnson, Jr.* for petitioner. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.